# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR NOEL FUENTES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 07-2158 (ESH) |
| ) | |
| ATTORNEY GENERAL FOR THE ) | |
| UNITED STATES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Petition for Common Law Writ of Habeas Corpus by a Person in Federal Custody [Dkt. # 1] is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　ELLEN SEGAL HUVELLE
　　　　　　　　　　　　　　United States District Judge

Date: December 4, 2007